Law Offices of Stephen K. Seung
2 Mott Street Suite 601
New York, New York 10013
Tel: (212) 732-0030
Fax: (212) 227-5097
Email: skseungesq@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

| | |
|---|---|
| CHI-MING YAU, | Case No.: 2:12-CV-06754 (JLL/MAH) |
| Plaintiff, | **AMENDED DECLARATION OF SERVICE PURSUANT TO FED.R.CIV.P.5** |
| -against- | |
| HE CHENG RESTAURANT CORP., and "JOHN DOE" and "JANE DOE" I to X, | |
| Defendants. | |

-------------------------------------------------------X

The undersigned, Stephen K. Seung, a member of the bar of this Court, hereby declares, pursuant to 28 U.S.C. 1746, Fed.R.Civ.P.5, and Local Rules 5.1 and 5.2, that on the 24th day of April 2014, I served a true copy of the Notice of Motion to withdraw as Counsel, Declaration of Brendan W. Nolan, Memorandum of Law in Support, and Proposed Order, respectively by regular mail upon:

    CHI-MING YAU
    P.O. Box 737525
    Elmhurst, NY 11373

and by ECF upon:

    Benjamin B. Xue, Esq.
    Xue & Associates, P.C.
    401 Broadway, Suite 1009
    New York, NY 10013
    Attorneys for Defendants

and on the 25th day of April 2014, I served a true copy of the Notice of Motion to Withdraw as Counsel, Declaration of Brendan W. Nolan, Memorandum of Law in Support and Proposed Order by certified mail (return receipt requested) upon:

CHI-MING YAU
P.O. Box 737525
Elmhurst, NY 11373

Date:   April 28, 2014
        New York, New York                                    /s/
                                                         _____
                                                         Stephen K. Seung, Esq.

L12F025/Amended Declaration of Service 10-21-13