**Defendants' selections from deposition of Chi-Ming Yau**

22:21-25

23:2-11

23:21-24

40:10-16

40:19-20

41:9-10

41:14-16

44:19-22

53:9-13

56:9-13

56:21-25

57:2-6

57:23-25

58:2-11

67:20-21

68:6-11

69:6-8

69:12

71:6-7

71:10-14

71:18-20

74:19-23

76:2-6

81:24-25

82:2-5

107:19-20

107:25

108:2-5

110:20-25

113:10-25

115:20-25

116:2-5

116:22-25

119:15-23

120:6-11

120:24-25

121:2

121:8-10

121:14-15

121:16-19

122:13-14

122:19-25

123:2-10

123:11-12

123:17-18

123:21-22

127:10-16

131:22-25

132:2-5

139:23-25

140:4

142:7-8

142:11-13

142:23-25

218:11-25

219:2-5

220:14-24

225:15-17

225:20

226:5-11

226:16-19

227:23-25

265:12-21

269:20-24

271:23-25

272:2-4

275:13-15

277:11-14

279:4-16

280:5-7

280:12-16

280:17-19

286:20-25

287:13-25

295:23-25

296:6-9

300:15-24

301:15-21

326:2-5