**<u>CLOSING</u>**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHI-MING YAU.,**<br><br>   *Plaintiff,*<br><br> v.<br><br>**HE CHENG RESTAURANT CORP., et al.,**<br><br>   *Defendants.* | **Civil Action No. 12-6754**<br><br>**FINAL JUDGMENT** |

 **THIS MATTER** having concluded by way of jury verdict in favor of Defendants He Cheng Restaurant Corp., Jian Xiang Tu, and May Bao's (collectively, "Defendants") on February 5, 2016;

 **IT IS** on this 8th day of February, 2016,

 **ORDERED** that judgement is entered in favor of Defendants against Plaintiff Chi-Ming Yau on all counts of the Second Amended Complaint.

               */s Madeline Cox Arleo*
               HON. MADELINE COX ARLEO
               UNITED STATES DISTRICT JUDGE